**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1023**

---

VERA YANCEY,

          Plaintiff - Appellant,

  versus

NATIONAL CENTER ON INSTITUTIONS AND ALTERNATIVES,

          Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-96-
3557-AMD)

---

Submitted:  March 24, 1998     Decided:  April 24, 1998

---

Before ERVIN, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vera Yancey, Appellant Pro Se.  David Scott Greber, Stephen Samuel
Burgoon, Frederick, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Vera Yancey appeals the district court's order dismissing her employment discrimination claim filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e-2000h-6 (West Supp. 1994), the Americans With Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West Supp. 1995), and the Fair Labor Standards Act, 29 U.S.C.A. §§ 201-219 (West 1978 & 1985 & Supp. 1997). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Yancey v. National Ctr. on Inst. & Alternatives, CA-96-3557-AMD (D. Md. Dec. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED